**Mike**

2 Replies

Yes and I'll agree with that as well. In the far sides of that deep drive for sex, men will do some very shitty things to get that.

Do you like hate love or something

I do not hate love. I am logical and base a lot of what I experience in this world off of logic. Most rational men do not just go off of how they feel about life. Irrational emotional men are the ones most likely to be shitty and abusive with women. So I advise you stay away from the guys that use passion/love to justify how they treat you

It makes me very non romantic, yes. But I don't need to romantic with you Jess, you don't love me lol

iMessage

Exhibit 1

1:15

Mike

You said i was damaged and were also making fun of Christianity and i lowkey feel like you hate women 😂

Nah I have no hatred for women. I just think they're not held accountable as much as they should be. But that's life

I said that you need to work on you so that don't get used or abused by other people. We're all damaged in some way

Lol I make fun of all religions. I used to be a really devout follower I

Well I believe you're learning about who I am. Even if you don't like it. I apologize for making you feel bad but not for what I said.

I don't say I'm sorry unless I really am. That's what people who are full of shit do

iMessage

Exhibit 1

2:14    LTE

MB

Mike

Yea no doubt

I'll be back Thursday but I'll be in Tacoma

Actually a girl invited me to her thanksgiving dinner with her family here hahaha so that would actually be nice to not get called

Nice

Yea that would be nice

Did u work today

In LA at my mother in laws

sounds like a blast

Sureeeeeeee

It used to be fun ten years ago

My wife would find ways to get her mom to leave the house and then we'd mess around

Good times

iMessage

Exhibit 1

4:18

MB

Mike >

2 Replies

So with you saying that....are women as horny as men? Lol... I would say no. 😅

Come downstairs when you get here and we'll have more of this conversation lol

Hahaha no

Sad

Maybe if my stomach isn't hurting

Have some ginger ale lol

Nooo

Lol alright

Exhibit 1

4:20



MB

Mike

Gawk 3000 🤣"

TikTok · JaynauriGames
tiktok.com

I can't watch it cause I'm flying

Lol

Essentially the gawk gawk 3000

Is top level head game

Where she's going at it so good
you can barely move

That's so gross 🤮

Lol sure

Hahaha not everything in
relationships is transactional

Oh is that true miss never been
in a relationship?

Remind me to take the advice of
home ownership from a
homeless person lol

iMessage

Exhibit 1

4:20

MB

Mike ›

Lol they're mid in looks but have other qualities.

They probably have personality, intelligence, inquisitiveness, they're kind, have complimentary skills

Oh yea 100%

And give that gawk gawk 3000 like a champ

What is that

😅



42 likes, 2 comments. "The Gawk Gawk 3000 🤣"

iMessage

Exhibit 1

4:21



Mike ›

They always do

But because I've been sick i haven't

I didn't want ppl gossiping how i vommitted 10 times on the plane hahaha

They would feel bad for that poor young girl

This is gonna sound judgmental

But I notice

Women really like to overeat

Like the average woman should not be eating what the average man does unless she wants to weigh as much as the guy

But when you go to a restaurant

There isn't a man's portion and woman's portion lol

There's just a huge portion and everyone eats all of it

iMessage

Exhibit 1

4:25

MB

Mike

I used to fish at streams and lakes in WV

I'm trying to organize a salmon fishing trip for my buddies next year

Or do a deep sea thing in the carribean

Try to get a marlin

Ooo

Omg isn't that like a sword fish

Yes lol

Can you eat those things

They're not the same fish but they're similar looking

And yea

you can eat anything you put your mind too Jess

You can eat ass if you're wild enough

iMessage

Exhibit 1

4:26

Mike

Of course Jess

I'm an adult

I've done pretty much everything

And yea lol

If the chick is into it, I will lick every inch of her body

You gotta watch more adult videos on the internet

You'll learn bad habits but also what people can do with enough motivation lol



I wouldn't know

I'm not into having my butt licked

Exhibit 1

12:26

Mike

Lol nah

Not into it anymore

Neither is she lol

She probably wasn't much then either but it was cool

Sometimes you just gotta remember

I wouldn't know i live a life of celibacy

I pretty much do now too

But I sin my brain

And then I cut myself for atonement



I'm very Old Testament in how I treat sin

Ugh yea duh

iMessage

Exhibit 1

12:26

**MB**

Mike ›

I'm very Old Testament in how I treat sin

Ugh yea duh

I sacrificed my son

But god stopped me

He was just testing to see how about Him I was

> Didn't know your name was Abraham

Yes

I know the book Jess

I was in it

> Yeah

Exhibit 1

12:29

MB

Mike ›

In LA at my mother in laws

sounds like a blast

Sureeeeeeee

It used to be fun ten years ago

My wife would find ways to get her mom to leave the house and then we'd mess around

Good times

Aye it could still be fun

Lol nah

Not into it anymore

Neither is she lol

She probably wasn't much then either but it was cool

Sometimes you just gotta remember

I wouldn't know i live a life of

iMessage

Exhibit 1

3:26

MB

Mike

Yea

That's a long ass day for poor little sick Jess

What time does this flight get it?

Soon

Lol ok

Nice

You want me to come upstairs and buy you a coffee?

Or you just trying to get home and sleep

What gate are you at?

C gates I assume

Idk haha lemme look

Horizon right?

Probably B

iMessage

Exhibit 1

4:03



Mike

Lol

Essentially the gawk gawk 3000

Is top level head game

Where she's going at it so good you can barely move

That's so gross 🤮

Lol sure

Hahaha not everything in relationships is transactional

Oh is that true miss never been in a relationship?

Remind me to take the advice of home ownership from a homeless person lol

I lived with my best friend for a year in her guest room with her and her husband

And saw literally all the good and

iMessage

Exhibit 1

4:03

MB

Mike

Lol yea it's not gross

It's great

And yea I would say you have no idea and you only will once you go for it

Watch a few how to videos on pornhub and give it a shot

But if you gotta be married, you'll have to wait to get good I guess

Hahaha okay

Or you could get off your moral stand about it and just live a bit

I thoroughly enjoy eating a girl out but I also enjoy a throaty BJ

TMI for sureeeee

Exhibit 1

4:10

MB

Mike

She will eat as much as me, a 200 lb man and wonder why she can't lose weight

Have you told her that lol

Of course

She doesn't care about logic

She cares about her feelings and idealized version of life

She wants life to be just perfect for her and her not do anything to get it

Just living is enough work for her lol

Living is hard work lol

Lol you know what's hard work?

iMessage

Exhibit 1

4:10

**MB**

Mike ›

Being in a miserable marriage? 😂

1 Reply

Pulling yourself out of poverty. Raising yourself when your parents are either dead, addicts or just MIA. Overcoming years of generational bullshit and doing something better than anyone in your family could imagine

Being in a miserable marriage? 😂

That is also it lol

But fortunately my years of dealing with others bullshit has made me an amazing and tolerant husband.

I couldn't even imagine

If you can't make people happy,

iMessage

Exhibit 1

4:10

Mike

Lol would it appropriate for a man to be violent with a woman if she cheated?

I'm not worried about it tho I'm only 23 and just wanna be care free and if love is meant to be then it'll be 🤷‍♀️ I'm never gonna find it if I'm always looking for it

4 Replies

No lol

It wouldn't be appropriate for either side to be violent

😂 i was just saying what I'd do

I'm not worried about it tho I'm only 23 and just wanna be care free and if love is meant to be then it'll be 🤷‍♀️ I'm never gonna find it if I'm al...

4 Replies

Yea just have an idea what you want it to look like. Just some framing to it. You'll have your

iMessage

Exhibit 1

4:17

MB

Mike

When i get home I'll send you what i read

Do men need sex more than women?
sciencefocus.com 

Go ahead

Haha i will

Do you like hate love or something

1 Reply

Men will fuck anything and blame it on "their needs" and it's like bro do you not have any self control

3 Replies

So I'll say this. This is something I have a degree in lol. So I can tell you straight up, biologically, the male imperative is to have sex and to die. Pretty much for all male animals
On the planet

iMessage

Exhibit 1

4:18

Mike

**2 Replies**

Yes and I'll agree with that as well. In the far sides of that deep drive for sex, men will do some very shitty things to get that.

Do you like hate love or something

I do not hate love. I am logical and base a lot of what I experience in this world off of logic. Most rational men do not just go off of how they feel about life. Irrational emotional men are the ones most likely to be shitty and abusive with women. So I advise you stay away from the guys that use passion/love to justify how they treat you

It makes me very non romantic, yes. But I don't need to romantic with you Jess, you don't love me lol

iMessage

Exhibit 1

4:36

Mike

definitely not

Yea nobody is but you have level of purity that is hard to find.

I'd ruin you haha

🙈

Haha i don't know

So you just keep being you

And I'm gonna stay wayyyyyyyy over here

Yeah you do that

We can still be friends hahaha

Lol I didn't see it going anywhere but that

So it's all good

Rooood

I always wanna be like Margot

iMessage

Exhibit 1



Exhibit 1

9:22

MB

Mike >

Ahh gotcha

I don't really care to make friends there lol

I'm not trying to get roped into some weird polyamory triangle

Yea they're all the devil anyways

Well you won't be

Nobody trying to get a virgin in that triangle

They want someone who knows what to do lol

Ayeee fuck off 😂😂

It's no dis

They just know

Lol putting your mouth on another person is something that takes practice

Exhibit 1

**9:37**

I just added you back

Cool

I'll probably delete and it never use it

Haven't used it for 3 years



Then why'd you get on it

Trying to get free nudes obvy

just figured I'd get back on

Exhibit 1

9:40

MB

Mike ›

I wouldn't know I've never really been in a serious relationship

I believe that lol

It's a job

Mean

Lol why mea

Mean

You said you believed I've never been in a serious relationship

Do i give off that vibe lol

Lol no you've just told Me that

And you're still a virgin lol

You also have that desire for love that only someone who hasn't had it before has lol

iMessage

Exhibit 1

9:41

MB

Mike

If you give the goods away easily or early, that's your fault

Yeahhhh

What are the goods

Like treats

Lol your goods Jess

What you have that guys want

Your femininity', sex appeal, and your body

You're sitting on a gold mine

Have you heard of the girl who sold her virginity on line?



**'It gives me a lot of opportunities'**
thechronicle.com.au

iMessage

Exhibit 1

9:41

MB

Mike

woman's past.

You have no past so you're fresh

People think virgins at certain ages are weird

It's weird if you're a visually pretty woman who says " I'm waiting for marriage....still" and you're over 30

Because if you're young, attractive and a virgin, by 30 you should have met someone worth either marrying or being serious enough to have sex with by that point

If not, it means either your standards are crazy high or you're off and unstable

So when I mean sitting on a gold mine

I mean, you have the looks and the appeal to pull any man you want

iMessage

Exhibit 1

9:44

MB

Mike

Aye everyone has bad days 🫠

🤣 🤣

Facts

Can't have it forever

I mean if you can consider only fans, you're probably at least decent

Just don't be one of those that shows it all but doesn't get paid

I would never haha i don't think my morals would let me make one lol

Good

You're rare

A woman with goood morals is hard to come by

iMessage

Exhibit 1

**9:46**



Mike ›

Lol sure

Where's your loopholes in this virginity thing ? lol

**1 Reply**

I knew some girls in late high school and early college and they had their ways of having fun still lol

**1 Reply**

Where's your loopholes in this virginity thing ? lol

Omg whatcha mean loopholes

I knew some girls in late high school and early college and they had their ways of having fun still lol

Exhibit 1

5:57

MB

Mike ›

Yeah that's true

I feel like most models these days aren't like what i would define as pretty

They are very like odd looking

Yea I agree

It'll swing back

Maybe

It will

Just stay fit and enjoy your life

Oh yea I'm having a blast

And you haven't had the thrill of standup sex in the shower

Haha

Or in the woods

Or while driving a car

Or on a hotel balcony in the rain

iMessage

Exhibit 1

**6:00**

MB

Mike

I appreciate it though

Why you awake so early

I spent all night thinking of you Jess

**4 Replies**

I don't sleep well after those late night drives.

Jacked on caffeine and it takes a while to whine down.

**1 Reply**

I spent all night thinking of you Jess

**4 Replies**

Haha are you joking

Jacked on caffeine and it takes a while to whine down.

What type of coffee

iMessage

Exhibit 1

**6:00**



**MB**

Mike

Jacked on caffeine and it takes a while to whine down.

What type of coffee

Just had an energy drink

Lameee

I spent all night thinking of you Jess

> **4 Replies**

Idk Jess. You're a cool girl and you're obviously physically attractive. What if I was?

But for real just high on a Bang and then I have too much energy late at night. So my mind won't shut off

Exhibit 1





**MB**

Mike >



Haha I guess it depends on what I was thinking about too lol

3 Replies

But yea maybe maybe not.

I'm so cute yet you were able to restrain yourself that whole time we hung out. That's impressive

2 Replies

Jk. It's good to just get to know people and what they're about

Haha I guess it depends on what I was thinking about too lol

Exhibit 1

6:05





Mike ›

Oh yea. Have you never heard of road head?

The best

Hahaha what if you get caught

By who

Like the people next to you on the road lol

Lol gotta on the back roads and it be at night

Lol you'll really please
Your future husband if you learn these things

And almost getting caught is the fun in it

Lol it's exciting

Can be fun for you too.
Especially if the guy knows how to use his right hand lol

Exhibit 1

6:05

MB

Mike

to use his right hand lol

Omg I've never done that before hahaha

Sounds like you need to

Maybe try it before Driving

I'm too scared haha

Lol have you never given head?

Nope

Is that bad haha

Wellll

You better get some practice in

Hahaha why

I'll figure it out eventually

When I'm married 👰

iMessage

Exhibit 1

MB

Mike

You just really love love

Good for you

I think it's kinda beautiful if you find a person that you love and commit to them, and vow to never give up no matter how hard life gets. I've always longed for that kinda love, and i feel like i never ever wanna give up on the ppl i love

lol the kinda love of Jesus 😄

Yea pretty much lol

It's commendable

Lol when I do encounter someone with your spirit and optimism I soon realize how different the world is for some

I miss the days of really believing in a higher power and believing that it all meant something beautiful

iMessage

Exhibit 1

6:06

MB

Mike

someone with your spirit and optimism I soon realize how different the world is for some

I miss the days of really believing in a higher power and believing that it all meant something beautiful

But life just takes turns and goes different

Your utopian view of the world is so awesome that I hope nothing ever destroys that, though it does seem as if the world hasn't been perfect for you

1 Reply

Yet you still maintain that angelic nature

Your utopian view of the world is so awesome that I hope nothing ever destroys that, though it does seem as if the world hasn't been perfect...

iMessage

Exhibit 1

6:17



Mike ›

Not even nudes!

Lol yea let's keep it that way

Your not going to jail chill

1 Reply

I got a problem with women

Your not going to jail chill

Lol I know I'm just playing Jess.

Hahaha what do you mean problem

I'm addicted

Low key sex addict.

Wait really

6:17

MB

Mike >

Depends on who it is and if she kept in on the downlow

It's risky tho

If I thought she was cool and she was just looking for fun

I'd consider it

That embassy suites was a decent hotel for it lol. Big enough

Was that the one in paine

That other girl was interested 👀

Yea

Ahh no thanks on that one lol

Not even a little worth it

Meanie

1 Reply

What about the other chick

iMessage

Exhibit 1

6:20

MB

Mike ›

Maybe I'll get a room at the embassy suites and invite you to sleep there. It'll probably be twice the size of your apartment

But you better keep it PG. None of the sweet flirty stuff.

😂 😂

I'm flying tonight tho

1 Reply

No legit the hotel beds are so much nicer

I'm flying tonight tho

Maybe another night then lol

Yea the hotel beds are nicer than my bed too tho haha

iMessage

Exhibit 1

11:05



1

Mike ›

all damaged in some way

Lol I make fun of all religions. I used to be a really devout follower I

Well I believe you're learning about who I am. Even if you don't like it. I apologize for making you feel bad but not for what I said.

I don't say I'm sorry unless I really am. That's what people who are full of shit do

Wed, Nov 29 at 12:39 PM

Did you quit?

Not yet

Delivered

Well good. What've you been doing?

Fri, Dec 8 at 9:05 PM
Mike Barnett kept an audio message from you.

Tue, Dec 12 at 12:00 PM
Mike Barnett kept an audio message from you.

Tue, Dec 12 at 12:00 PM
Mike Barnett kept an audio message from you.

iMessage

Exhibit 1

11:05



MB

Mike

used to be a really devout follower I

Well I believe you're learning about who I am. Even if you don't like it. I apologize for making you feel bad but not for what I said.

I don't say I'm sorry unless I really am. That's what people who are full of shit do

Wed, Nov 29 at 12:39 PM

Did you quit?

Not yet

Delivered

Well good. What've you been doing?

Fri, Dec 8 at 9:05 PM
Mike Barnett kept an audio message from you.

Tue, Dec 12 at 12:00 PM
Mike Barnett kept an audio message from you.

Tue, Dec 12 at 12:00 PM
Mike Barnett kept an audio message from you.

Mon, Dec 18 at 11:46 AM
Mike Barnett kept an audio message from you.

iMessage

Exhibit 1