9:01

**Brandon**

**Ok well if you still want to talk I do but not going to force you too.**

Why

**Why what?**

Why do you want to talk

**Because I like talking to you**

**But if that's not mutual you can tell me**

We should be friends

just friends

**Like friends that talk a lot or just every once in a while?**

Idk

I'm going to be the one that ends up getting hurt

**And I don't want you to be**

Well then why did you kiss me

Exhibit 2

9:01

**Brandon**

> I'm going to be the one that ends up getting hurt

And I don't want you to be

> Well then why did you kiss me

Because I wanted to.

I guess it was selfish of me to

I'm sorry

> it's okay

Is it though

> Not with my morals, idk if it's okay with you, but it just sucks now

What sucks now?

> Because i feel bad

But you didn't do anything wrong.

It was me that did

iMessage

Exhibit 2

9:01   


Brandon

> Well then why did you kiss me

Because I wanted to.

I guess it was selfish of me to

I'm sorry

> it's okay

Is it though

> Not with my morals, idk if it's okay with you, but it just sucks now

What sucks now?

> Because i feel bad

But you didn't do anything wrong.

It was me that did

> I was in a very vulnerable state that day at the airport going through something really hard and you made my day seriously

  iMessage

Exhibit 2

9:09



Brandon

> with you, and then when we kissed. I just felt really cared for when you bought me paint and canvases. And then finding out you're married kinda made me feel so stupid and also made me feel awful. And now i really do like talking to you and stuff but it can never go anywhere because like you said "the flight attendants are so stupid thinking the pilots will leave their wives for them" and now i just feel stupid

> You shouldn't feel stupid. It's my fault for bringing you into this and I shouldn't have

> It's okay

> I feel bad. And I'm sorry

> I'm not mad I'm just sad

> I was being stupid and selfish



> But I guess disappointing people is what I'm good at.

> Stop brandon

iMessage

Exhibit 2



Exhibit 2



**BRANDON**
Ok

**ME**
If you're in love tho you shouldn't cheat on your wife :(

**BRANDON**
I know. I guess I'm just a bad person

**ME**
Idk you just hurt me and like i just don't know what to do

**BRANDON**
Idk what to tell you I guess. Sorry for hurting you though. Didn't mean to.



Exhibit 2

10:29

< Brandon

🔔 Don't miss Chats from Brandon! Enable notifications

Tea idk just came out of no where and it's not like I did anything different. You have know my situation since we started talking and it didn't really seem to matter till one day you decided I'm a bad person.

**ME**
Well to be fair i didn't know it from the beginning lol not till we kissed
I didn't say you were a bad person

**BRANDON**
You knew before we kissed to be fair

**ME**
Well i asked you right there and then we were like already so close and we kissed
But i said we should stop and you didn't want to

**BRANDON**
But I did stop when you said that

**ME**
No you took me over to the bed

**BRANDON**
And on the bed is where you said you wanted to stop.

**ME**
No i had to say it like 5 times i think i was kinda scared and didn't know what to say I

Send a chat

Exhibit 2



Exhibit 2

🔕 Don't miss Chats from Brandon! **Enable notifications**

**BRANDON**
Do you want to see

**ME**
No I don't

**BRANDON**
I'm horny
Are you sure

**ME**
Yeah I am

**BRANDON**
Can i see you ;)

**ME**
i don't feel comfortable doing that I'm sorry

**BRANDON**
I want to see you
You're so hot

**ME**
I'm not sending you nudes I already told you that

--- NEW ---

**BRANDON**
Just a little i just want to see your boobs, it's not like I haven't seen them before :)

 Send a chat    

Exhibit 2

🔔 Don't miss Chats from Brandon! Enable notifications

**ME**
> Nope

**BRANDON**
> Are you going to bed

**ME**
> No

**BRANDON**
> Then why did you not respond

**ME**
> I don't want to talk anymore

———————————— NEW ————————————

**BRANDON**
> Why?

Exhibit 2



🔔 Don't miss Chats from Brandon! **Enable notifications**

**You busy??**

ME
sorry i am doing laundry

BRANDON
why didn't you respond
Are you mad at me

ME
no

BRANDON
then why aren't you responding

ME
I told you that we shouldn't talk anymore

— NEW —

BRANDON
Do you hate me

Exhibit 2

🔕 Don't miss Chats from Brandon! Enable notifications

**BRANDON**
Ok

Have you picked up any of my trips yet for this month

**ME**
No

**BRANDON**
Why not

**ME**
Because i don't want to

--- NEW ---

**BRANDON**
Why's that

Exhibit 2



Exhibit 2



Exhibit 2

> I'm in the shower
> Do you want to see

**ME**

> No i told you not to talk to me inappropriately anymore

**BRANDON**

> So we're back to this again

**ME**

> You said you wanted to be my friend

--- NEW ---

**BRANDON**

> It's not fun talking to you if you always make me feel like a bad person

**ME**

> I'm sorry

Exhibit 2

J

**BRANDON**
You have to have sex at some point

**ME**
I'm waiting till marriage

**BRANDON**
Well then go get married

**ME**
I'm waiting for the right person, i don't want to fall in love with the wrong person

Exhibit 2

> Don't miss Chats from Brandon! Enable notifications

> Are you going to report me

**ME**

> Please don't touch me or talk to me. I don't want you to do anything to me.

**BRANDON**

> I was thinking the same thing
>
> Are you mad at me
>
> ?
>
> You are ignoring me

**ME**

> no

--- NEW ---

**BRANDON**

> Then what are you

Exhibit 2

**BRANDON**
you knew my situation, you're the one who came over

**ME**
I came over to talk
Then you hopped on top of me forcefully

**BRANDON**
You can tell yourself whatever you need to tell yourself

**ME**
I didn't want to do that and I've never done anything before. I felt pressured and like i couldn't breathe

--- NEW ---

**BRANDON**
I'm sorry


Send a chat    

Exhibit 2